IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SUSAN J. STACK,** | ) | CASE NO. 4:08CV3148 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief (Filing No. 13). The Defendant requests a continuance from February 4, 2009, until March 6, 2009. Counsel for the Defendant has represented to the Court that Plaintiff's counsel does not oppose the motion. The Court finds that the Defendant's motion for additional time should be granted.

IT IS ORDERED:

1. The Defendant's Motion for an Extension of Time (Filing No. 13) is granted; and

2. The Defendant shall file his brief in response to Plaintiff's brief on or before March 6, 2009.

DATED this 6th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge